IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN RAY SYKES, ID # 1337675,  ) | |
|     Petitioner,  ) | |
| vs.  ) | No. 3:13-CV-3875-K (BH) |
|   ) | |
| JOHN RUPART, Warden,  ) | |
|     Respondent.  ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Objections filed on October 11, 2013 are hereby **OVERRULED**.

SO ORDERED.

SIGNED this 16th day of October, 2013.


*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE